UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LAFAYETTE L. JOHNSON, | ) | Case No. CV 10-4960-JFW (OP) |
| Petitioner, | ) ) ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF |
| v. | ) ) | UNITED STATES MAGISTRATE JUDGE |
| WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge, de novo. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge,

///

///

///

1   IT IS ORDERED that Judgment be entered: (1) approving and adopting this
2  Report and Recommendation; and (2) directing that Judgment be entered dismissing
3  this action for lack of jurisdiction.

4

5

6  DATED: October 7, 2010           _____
                                    HONORABLE JOHN F. WALTER
7                                   United States District Judge

8

9  Prepared by:
10

11
    _____
12  HONORABLE OSWALD PARADA
13  United States Magistrate Judge